Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Byron Chapman, | ) CIV.S 07-1304 LEW GGH |
|---|---|
| Plaintiff, | ) **Order** |
| vs. | ) Honorable Ronald S.W. Lew |
| S&P Enterprises, LLC dba Willaims Express Mart, | ) |
| Defendant. | ) |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Joint Status Report be filed on or before September 28, 2007 with the meet and confer under Rule 26(f) to occur fourteen (14) days prior to the filing deadline.

Dated: August 28, 2007

_____
UNITED STATES DISTRICT JUDGE

*Chapman v. S&P Enterprises, et al.*, Case No. CIV.S 07-1304 LEW GGH
Plaintiff's Request to Continue the Filing of the Joint Status Report
Page 1