1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:    (530) 894-8244

5  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT

13  BYRON CHAPMAN,                )   Case No. CIV.S-07-01304-LEW-GGH
                                  )
14       Plaintiff,                )   **REQUEST TO EXTEND TIME TO**
                                  )
15       vs.                       )   **FILE DISPOSITIONAL DOCUMENTS**
                                  )
16  S & P ENTERPRISES, LLC dba    )
    WILLIAMS EXPRESS MART,         )
17                                )
                                  )
18       Defendant.                )

---

*Chapman v. S & P Enterprises, LLC*                                Stipulation to Extend
Time to Case No. CIV.S-07-01304-LEW-GGH                              File Dispositional
Documents

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS on September 25, 2007 this Court issued an Order directing
2 all dispositional documents to be filed no later than October 19, 2007.
3     Plaintiff expects to receive the final payment towards the settlement funds
4 on November 14, 2007.
5     Plaintiff Byron Chapman hereby requests the Court extend the date to file
6 dispositional documents by four weeks to November 16, 2007.

7

8 Dated: October 22, 2007        DISABLED ADVOCACY GROUP, APLC

9

10         /s/ Lynn Hubbard, III
        LYNN HUBBARD, III
11         Attorney for Plaintiff

12

13

14 **ORDER**

15   Good cause having been show, dispositional documents shall be filed on
16 or before November 16, 2007.

17

18 Dated: October 22, 2007

19         /s/ Ronald S. W. Lew
20         District Judge

21
22
23
24
25
26
27
28

*Chapman v. S & P Enterprises, LLC*      Stipulation to Extend
Time to Case No. CIV.S-07-01304-LEW-GGH     File Dispositional
Documents

PDF created with pdfFactory trial version www.pdffactory.com