1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| BYRON CHAPMAN, | No. CIV.S 07-01304-LEW-GGH |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| S & P ENTERPRISES, LLC dba WILLIAMS EXPRESS MART, | |
| Defendant. | |

Chapman v. S & P Enterprises, LLC                                    Request for Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

  Plaintiff, BYRON CHAPMAN, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated:  November 14, 2007  LAW OFFICES OF LYNN HUBBARD, III

           */s/ Lynn Hubbard, III*
          LYNN HUBBARD, III
          Attorney for Plaintiff

Dated:   November 14, 2007   IT IS SO ORDERED

          /s/ Ronald S. W. Lew
          Judge of the District Court

Chapman v. S & P Enterprises, LLC      Request for Dismissal

PDF created with pdfFactory trial version www.pdffactory.com